UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CHARLES LARRY HUNNICUTT, ) | |
| ) | |
| Petitioner, ) | |
| ) | CIVIL ACTION NO. |
| VS. ) | |
| ) | 3:14-CV-0572-G (BN) |
| WILLIAMS STEPHENS, Director, Texas ) | |
| Department of Criminal Justice, ) | |
| Correctional Institutions Division, ) | |
| ) | |
| Respondent. ) | |

## ORDER ACCEPTING THE FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The district court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the court **ACCEPTS** the findings, conclusions, and recommendation of the United States Magistrate Judge.

It is therefore **ORDERED** that petitioner's motion to vacate, set aside, or correct sentence is **TRANSFERRED** to the **United States Court of Appeals for the Fifth Circuit** for appropriate action.

In the event the petitioner will file a notice of appeal, the court notes that:

( )  the petitioner will proceed *in forma pauperis* on appeal.

(**X**)  the petitioner will need to pay the $505.00 appellate filing fee or submit a motion to proceed *in forma pauperis*.

April 7, 2014.

/s/ A. Joe Fish
**A. JOE FISH**
**Senior United States District Judge**